UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA MIRANDA CRUZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>ISDEL SURI RUIZ, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Defendant Allstate's motion to compel discovery. Docket No. 15. Plaintiff filed a response in opposition. Docket No. 16. The Court does not require a reply.

Except in circumstances not present here, "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).[1] Plaintiff's responsive brief does not contain any legal authorities of any kind. As such, the motion to compel is deemed unopposed.

Accordingly, Defendant Allstate's motion to compel is **GRANTED**. Amended interrogatories providing the disputed information must be served by November 17, 2020.

IT IS SO ORDERED.

Dated: November 10, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court notes further that the party seeking to avoid discovery bears the burden of showing why the discovery should not be permitted. *V5 Techs. v. Switch, Ltd.*, 334 F.R.D. 306, 309 (D. Nev. 2019) (citing *Blankenship v. Hearst Corp.*, 519 F.2d 418, 429 (9th Cir. 1975)).

1