# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA MIRANDA CRUZ,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ISDEL SURI RUIZ, et al.,<br><br>　　　Defendant(s). | Case No.: 2:20-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is an errata to a proof of service for initial disclosures. Docket No. 19. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　　IT IS SO ORDERED.

　　Dated: December 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1