# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BLANCA MIRANDA CRUZ,

    Plaintiff(s),

v.

ISDEL SURI RUIZ, et al.,

    Defendant(s).

Case No.: 2:20-cv-01509-GMN-NJK

**Order**

[Docket No. 22]

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 22. The Court hereby **SETS** that motion for a telephonic hearing at 10:00 a.m. on January 20, 2021. **Plaintiff herself must participate in the hearing.** Counsel and Plaintiff shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: January 5, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1