# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA MIRANDA CRUZ,<br>     Plaintiff(s),<br>v.<br>ISDEL SURI RUIZ, et al.,<br>     Defendant(s). | Case No.: 2:20-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Due to conflicting duties of the Court, the hearing on the motion to withdraw as Plaintiff's counsel is hereby **CONTINUED** to 10:00 a.m. on January 29, 2021.  **Plaintiff herself must participate in the hearing.**  Counsel and Plaintiff shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

Additionally, Plaintiff's counsel must serve notice on Plaintiff of this order, and must file a proof of service by January 15, 2021.

IT IS SO ORDERED.

Dated: January 12, 2021

                                                    Nancy J. Koppe
United States Magistrate Judge

1