UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA MIRANDA CRUZ,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ISDEL SURI RUIZ, et al.,<br><br>　　　Defendant(s). | Case No.: 2:20-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is Plaintiff's counsel's motion to continue the hearing on her motion to withdraw. Docket No. 28. For good cause shown, the motion to continue is **GRANTED** and the hearing is **CONTINUED** to 10:00 a.m. on February 1, 2021. **Both Ms. Young and Plaintiff herself must participate in the hearing.** Counsel and Plaintiff shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

Additionally, Plaintiff's counsel must serve notice on Plaintiff of this order, and must file a proof of service by January 22, 2021.

IT IS SO ORDERED.

Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge