# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA MIRANDA CRUZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>ISDEL SURI RUIZ, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 33] |

Pending before the Court is a demand for prior discovery. Docket No. 33.[1] Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: February 10, 2021

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

---

[1] This demand cites to a state court rule and appears to also seek other relief, but the Federal Rules and local rules apply here. Accordingly, the Court treats the demand as seeking prior discovery pursuant to Local Rule 26-5.

1